**DAVID ADLER, P.C.**
ATTORNEY AND COUNSELOR AT LAW

WWW.DAVIDADLERLAW.COM

1415 NORTH LOOP WEST
SUITE 905
HOUSTON, TEXAS 77008
(713) 666-7576
DAVIDADLER1@HOTMAIL.COM

October 27, 2025

Clerk's Office
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana 70130

Re:   *Cutshall v. Dillow*, 25-20386
      In The U.S. Court Of Appeals For The Fifth Judicial Circuit

To Whom It May Concern:

I represent five of the current nine appellants in the matter referenced above. I represent D.R. Calhoun, M.A. Carrizales, R.W. Holley, C. Marshall, and P. Batton. (Additional appellants are expected to be added to the case. (*See* docket entry 24).)

The appellant's brief is due on November 3, 2025 (Docket entry 23). I ask that the deadline be extended by 30 days to December 3, 2025. The appellee is unopposed to this request.

I am working on the brief but will be unable to complete it by the deadline. My wife just had a baby and I am out of the office for a few weeks helping her recover.

Additionally, I am preparing for trials in the following SDTX cases: *U.S. v. Tatan,* 4:22-CR-212-04 (a "pill mill" drug case); *U.S. v. Martinez*, 4:22-CR-331-04 (a drug case); *U.S. v. Cornman*, 4:24-CR-550-02 (a child pornography case); *U.S. v. Rodriguez-Vaca*, 4:24-CR-611-01 (a gun trafficking conspiracy); *U.S. v. Randolph*, 4:21-CR-456-03 (a robbery and murder case); *U.S. v. Holmes*, 4:22-CR-186-01 (a robbery and weapons case); *U.S.* v. *Nunez*, 4:25-399-03 (a drug case); *U.S. v. Pineda-Mendoza*, 4:24-CR-580-17 (a money laundering case); and *U.S. v Torres*, 3:21-CR-015-14 (a drug case). I have been asked by the Court in each of these cases to accept appointment to represent the indigent defendant.

I am also preparing for sentencing hearings in *U.S. v. Munoz-Lopez*, 4:24-CR-627-01 (an illegal reentry case); *U.S. v. Xu* 4:25-CR-266-01 (a weapons case); *U.S. v. Sumic*, 4:23-CR-150-02 (a drug case); *U.S. v. Collazo-Guzman*, 4:23-CR-204-16 (a drugs case); *U.S. v. Shafaii*, 4:22-CR-011-01 (a drug case); and *U.S. v. Orozco-Islas*, 4:20-CR-212-01 (a drug case).

No other extensions will be needed. Please let me know if the Court needs additional information.

Respectfully,

/s/ David Adler

David Adler