No. 25-20386

_____

# In the United States Court of Appeals for the Fifth Circuit

_____

*Trinidad Cutshall,*

*Plaintiff - Appellee,*

v.

*Donald Dillow, Sergeant, in his Individual Capacity; Nahuel Faiura, Deputy, in his Individual Capacity; Todd Klosterman, Sergeant, in his Individual Capacity; N. Poirier, Deputy, in his Individual Capacity; D.R. Calhoun, Lieutenant, in his Individual Capacity; M.A. Carrizales, Sergeant, in his Individual Capacity; R.W. Holley, Deputy, in his Individual Capacity; C. Marshall, Deputy, in his Individual Capacity; P. Batton, Deputy, in his Individual Capacity,*

*Defendants - Appellants.*

_____

Appeal from the United States District Court for the
Southern District of Texas - Houston Division, Civil Action No: 4:25-cv-02899,
Honorable David Hittner, District Judge Presiding

_____

**Appellee's Amended and Unopposed Motion for Leave to File Appellee's Brief in Excess of 13,000 Words**

_____

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, Trinidad Cutshall, Appellee herein, and prays unto this Honorable Court that it may allow him to exceed the 13,000 word limit enumerated in Fed. R. App. P. 32(a)(7) to a length of 26,000 words and would show unto this Honorable Court as follows:

## I.   BACKGROUND & ARGUMENT

1.1   This is a fact-intensive appeal that is comprised of thirteen (13) separate Appellants.  In fact although there are two (2) separate appeals (i.e., Case No. 25-20386 and Case No. 25-20499), both appeals arise from the exact same issues, facts, and incident.  These thirteen (13) separate Appellants are armored with a myriad of different lawyers working together.

1.2   The first Appellant Brief (i.e. Document 29) in Case No. 25-20386 was filed on October 22, 2025.  This first Brief contained two (2) basic arguments concerning excessive force and bystander liability.  It concerns four (4) of the Appellants.  As such, on November 2, 2025, Appellee filed his Brief in Response (i.e. Document 33).  Said Brief in Response was under 13,000 words.  Then on November 17, 2025, this Honorable Court informed Appellee that his Brief was premature and, as such, not accepted (i.e., Documents 34-1; 34-2, respectively).

1.3   Appellee in good faith filed said premature Brief as he was under the assumption he would have to file two (2) additional Briefs (i.e., one brief in Response to Document 35, and then an additional Brief in the additional appeal,

Case No. 25-20499). However, this Honorable Court informed Appellee that there should be a total of two (2) Appellee's Briefs (i.e., one in Case No. 25-20386 and another in Case No. 25-20499).

    1.4   On December 3, 2025, five (5) additional Appellants in Case No. 25-20386 bombarded Appellee with completely new legal arguments (i.e., summary punishment, failure to render medical aid, Texas Torts Claim Act, State Law Claims, and Gross Negligence). Appellee will of course be responding in one Appellee Brief imminently and Responding to two (2) separate Appellants' Briefs (i.e., Document 29 and Document 35). Appellee will be forced to respond to both Briefs with only one (1) Brief himself. Appellee will have to respond to nine (9) Appellants with completely different arguments. Appellee fears that staying under 13,000 words will force him to leave out delicate facts and legal arguments. Additionally, there is another Brief with four (4) additional Appellants on the way in an additional appeal related to the same case (i.e., Case No. 25-20499).

## II.   PRAYER

    2.1   Appellee prays that he be allowed to file his Appellee Brief in Case No. 25-20386 up to 26,000 words instead of 13,000 words. Appellee is really and truly responding to two (2) separate Appellants' Briefs in one (1) Response. Appellee prays to this Honorable Court for relief both at law and in equity.

*[Signature Block on Next Page]*

Respectfully submitted,

**LAW OFFICES OF GARRETT GIBBINS, PLLC**

*/s/ Garrett Lee Gibbins*
Garrett Lee Gibbins
Texas Bar Number: 24125243
South Carolina Bar Number: 105706
New Mexico Bar Number: 163276
Arizona Bar Number: 039804
Colorado Bar Number: 61100
Oklahoma Bar Number: 36371
Illinois Bar Number: 6351087
Tennessee Licensure Pending
Federal ID: 3864602
728 West Donovan Street
Houston, Texas 77091
Email: garrettgibbins4747@yahoo.com
Phone: 512-587-8572
***Counsel for Plaintiff - Appellee:
Trinidad Cutshall***

## CERTIFICATE OF CONFERENCE

On December 3, 2025, all Counsel conferred on the merits of this Motion and Appellants are unopposed.

*/s/ Garrett Gibbins*

## CERTIFICATE OF SERVICE

I certify that on December 3, 2025, pursuant to the FED. R. APP. P. 25, a true copy of Appellee's Motion was duly served upon each party to this cause as set forth below on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the parties.

<u>*/s/ Garrett Lee Gibbins*</u>
Garrett Lee Gibbins


Via E-File

**LAW OFFICES OF RICHARD KUNIANSKY**

Richard Kunianksy
State Bar No. 11762640
440 Louisiana, Suite 1440
Houston, Texas 77002
Telephone: (713) 622-8333
Email: rkuniansky@gmail.com
***Counsel for Defendants-Appellants***
***Donald Dillow, Nahuel Faiura,***
***Todd Klosterman, and N. Poirier***

**&**

**DAVID ADLER, P.C.**

David Adler
State Bar No. 00923150
1415 North Loop West
Suite 905
Houston, Texas 77008
Telephone: (713) 666-7576
Email: davidadler1@hotmail.com
***Counsel for Defendants-Appellants***
***C. Marshall, R.W. Holley,***
***D.R. Calhoun, M.A. Carrizales,***
***and P. Batton***