NO. 25-20386

---

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

---

*Trinidad Cutshall,*

*Plaintiff - Appellee,*

*v.*

*Donald Dillow, Sergeant, in his Individual Capacity; Nahuel Faiura, Deputy, in his Individual Capacity; Todd Klosterman, Sergeant, in his Individual Capacity; N. Poirier, Deputy, in his Individual Capacity; D.R. Calhoun, Lieutenant, in his Individual Capacity; M.A. Carrizales, Sergeant, in his Individual Capacity; R.W. Holley, Deputy, in his Individual Capacity; C. Marshall, Deputy, in his Individual Capacity; P. Batton, Deputy, in his Individual Capacity,*

*Defendants - Appellants.*

---

CONSOLIDATED WITH:

NO. 25-20499

---

*Trinidad Cutshall,*

*Plaintiff - Appellee,*

*v.*

*Kenneth Sandor, Deputy, Individually; E. Hernandez, Deputy, Individually; J. Luna, Deputy, Individually; S. Cogburn, Deputy, Individually,*

*Defendants - Appellants.*

Appeal from the United States District Court for the
Southern District of Texas - Houston Division, Civil Action No: 4:25-cv-02899,
Honorable David Hittner, District Judge Presiding

**APPELLEE'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD WITH AND SHOW THIS HONORABLE COURT MATERIAL VIDEO FOOTAGE FROM 1:36:00 - 1:40:00 OF THIS INCIDENT AT THE FOLLOWING LINK AT THE TIME OF ORAL ARGUMENT ON APRIL 28, 2026:**

**HTTPS://DRIVE.GOOGLE.COM/FILE/D/ 18X2BUHH09X23IXL_ALXV1VP7YXYDZBR_/VIEW?USP=SHARING**

## I.    INTRODUCTION & BACKGROUND

1.1    Appellee has in its possession disturbing video footage that this Honorable Court must see at the time of Oral Argument on April 28, 2026.[1] Particularly, Appellee wishes to show four minutes of this footage (i.e., 1:36:00-1:40:00). There, the footage effectively proves Appellee's case. It shows a German Shepherd ripping Appellee to shreds while other Appellant Deputies are punching Appellee repeatedly in the back of the skull until the point of unconsciousness. Appellee is crying out "Please God Help Me!" Appellee is not resisting in any way, form, or fashion. Blood is everywhere.

---

[1]https://drive.google.com/file/d/18x2buhH09X23ixL_Alxv1VP7YXYDzbR_/view?usp=sharing.



***Snippet of German Shepherd in the footage ripping Appellee to shreds while other Appellant Deputies are punching Appellee repeatedly in the back of the skull until the point of unconsciousness while Appellee screams "Please God Help Me!"***

## II.   ARGUMENT & AUTHORITIES

2.1    Appellants' favorite case in their briefs, *Anderson v. Estrada*, supports Appellee's argument in favor of allowing this Honorable Court to view said video footage and consider the same in rendering its Honorable Opinion. *Anderson v. Estrada*, 140 F.4th 634 (5th Cir. 2025). There, this Honorable Court reasoned:

> Where video recordings are included… the video depictions of events, viewed in the light most favorable to the plaintiff, should be adopted over the factual

allegations… if the video blatantly contradicts those allegations… where a party referenced the video in their brief and included screenshots from the video… caselaw supports our consideration of the video. *Winder v. Gallardo*, 118 F.4th 638, 643-44 (5th Cir. 2024). Because [the parties] referenced the video… in their brief to this court, we consider the video.[2]

2.2    Instead of listening to the parties going back and forth at the time of Oral Argument on April 28, 2026 as to what happened here, this Honorable Court deserves to know the truth.    This Honorable Court should simply watch the aforementioned video footage from 1:36:00 - 1:40:00.    Excessive force is effectively proven in the footage.  Appellee would caution this Honorable Court of the video's sensitive material that is disturbing to watch.

### III.    PRAYER

3.1    Appellee prays that this Honorable Court view the aforementioned video from 1:36:00-1:40:00.    Appellee further prays that this Honorable Court consider said footage in rendering its Honorable Opinion in this matter.

*[Signature Block on Next Page]*

---

[2] *Anderson*, 140 F.4th at 642.

Respectfully submitted,

**LAW OFFICES OF GARRETT GIBBINS, PLLC**

*/s/ Garrett Lee Gibbins*
Garrett Lee Gibbins
Texas Bar Number: 24125243
South Carolina Bar Number: 105706
New Mexico Bar Number: 163276
Arizona Bar Number: 039804
Colorado Bar Number: 61100
Oklahoma Bar Number: 36371
Illinois Bar Number:  6351087
Tennessee Bar Number: 043721
Federal ID: 3864602
728 West Donovan Street
Houston, Texas 77091
Email: garrettgibbins4747@yahoo.com
Phone: 512-587-8572
***Counsel for Plaintiff - Appellee:***
***Trinidad Cutshall***

CERTIFICATE OF SERVICE

I certify that on April 13, 2026, pursuant to the FED. R. APP. P. 25, a true copy of the foregoing was duly served upon each party to this cause as set forth below on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the parties.

*/s/ Garrett Lee Gibbins*
Garrett Lee Gibbins

Via E-File

LAW OFFICES OF RICHARD KUNIANSKY

Richard Kunianksy
State Bar No. 11762640
440 Louisiana, Suite 1440
Houston, Texas 77002
Telephone: (713) 622-8333
Email: rkuniansky@gmail.com
***Counsel for Defendants-Appellants***
***Donald Dillow, Nahuel Faiura,***
***Todd Klosterman, and N. Poirier***

**&**

**DAVID ADLER, P.C.**

David Adler
State Bar No. 00923150
1415 North Loop West
Suite 905
Houston, Texas 77008
Telephone: (713) 666-7576
Email: davidadler1@hotmail.com
***Counsel for Defendants-Appellants***
***C. Marshall, R.W. Holley,***
***D.R. Calhoun, M.A. Carrizales,***
***and P. Batton***