# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 14, 2026

Mr. David Adler
1415 North Loop West
Suite 905
Houston, TX 77008

Mr. Richard B. Kuniansky
Kuniansky & Associates
440 Louisiana Street
Suite 1440
Houston, TX 77002-0000

    No. 25-20386,   Consolidated with 25-20499
                Cutshall v. Dillow
                USDC No. 4:25-CV-2899

Dear Counsel:

The court has requested a response or opposition to the Appellee's
Motion to supplement the record on appeal be filed in this office
on or before noon on Thursday April 16, 2026.

Sincerely,

LYLE W. CAYCE, Clerk

*Dantrell Johnson*

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
   Mr. Garrett Lee Gibbins