# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 17, 2026

Lyle W. Cayce
Clerk

No. 25-20386

TRINIDAD CUTSHALL,

*Plaintiff—Appellee*,

*versus*

DONALD DILLOW, *Sergeant, in his Individual Capacity*; NAHUEL FAIURA, *Deputy, in his Individual Capacity*; TODD KLOSTERMAN, *Sergeant, in his Individual Capacity*; N. POIRIER, *Deputy, in his Individual Capacity*; D. R. CALHOUN, *Lieutenant, in his Individual Capacity*; M. A. CARRIZALES, *Sergeant, in his Individual Capacity*; R. W. HOLLEY, *Deputy, in his Individual Capacity*; C. MARSHALL, *Deputy, in his Individual Capacity*; P. BATTON, *Deputy, in his Individual Capacity*,

*Defendants—Appellants*,

CONSOLIDATED WITH

No. 25-20499

TRINIDAD CUTSHALL,

*Plaintiff—Appellee*,

*versus*

KENNETH SANDOR, *Deputy, Individually*; E. HERNANDEZ, *Deputy, Individually*; J. LUNA, *Deputy, Individually*; S. COGBURN, *Deputy, Individually*,

*Defendants—Appellants*.

No. 25-20386
c/w No. 25-20499

_____

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-2899

_____

ORDER:

IT IS ORDERED that appellee's motion to supplement the record on appeal is DENIED.  Appellants' response in opposition shows that in his motion to supplement, appellee's counsel creatively edited a key passage from a 2025 Fifth Circuit opinion that is directly on point.  Appellee is directed to file a response by noon Thursday April 23, 2026, addressing whether he or his counsel should be sanctioned for this conduct.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT