NO. 25-20386

---

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

---

*Trinidad Cutshall,*

*Plaintiff - Appellee,*

*v.*

*Donald Dillow, Sergeant, in his Individual Capacity; Nahuel Faiura, Deputy, in his Individual Capacity; Todd Klosterman, Sergeant, in his Individual Capacity; N. Poirier, Deputy, in his Individual Capacity; D.R. Calhoun, Lieutenant, in his Individual Capacity; M.A. Carrizales, Sergeant, in his Individual Capacity; R.W. Holley, Deputy, in his Individual Capacity; C. Marshall, Deputy, in his Individual Capacity; P. Batton, Deputy, in his Individual Capacity,*

*Defendants - Appellants.*

---

CONSOLIDATED WITH:

NO. 25-20499

---

*Trinidad Cutshall,*

*Plaintiff - Appellee,*

*v.*

*Kenneth Sandor, Deputy, Individually; E. Hernandez, Deputy, Individually; J. Luna, Deputy, Individually; S. Cogburn, Deputy, Individually,*

*Defendants - Appellants.*

---
Appeal from the United States District Court for the
Southern District of Texas - Houston Division, Civil Action No: 4:25-cv-02899,
Honorable David Hittner, District Judge Presiding

---

**APPELLEE'S APOLOGY LETTER TO THE COURT**

---

To The Honorable Court,

As an officer of the Court of eight (8) states I would never lie to any Court nor intentionally deceive any Court.  I intentionally included ellipses in the block quote on Document 94-1 from the *Anderson* Opinion. The ellipses were to represent that I intentionally left out certain words from the opinion that I thought were not on point and that I thought were irrelevant.  It was intended to be persuasive, concise, and efficient, not deceiving.  That is the point of ellipses, to show this Honorable Court that the block quote was missing certain words.  I was trying to show this Honorable Court that the block quote was not complete with the inclusion of ellipses.

I wish to humbly apologize to this Honorable Court and to Counsel for the Appellants if anyone thought it was deceiving.  I know that this Honorable Court has hundreds of support staff and law clerks that read every single case that is cited to make sure that everything cited is legitimate and accurate.  I knew when I filed Document 94-1 that this Honorable Court would read the *Anderson* Opinion in its entirety.  As such, I would never try to deceive this Honorable Court.

All I was trying to do is let this Court know that there is video footage of my client almost being killed by Appellants.  This video footage is from the body camera of the Appellants.  As such, there is no unfair surprise to Appellants because the footage is from Appellants.  I respectfully would ask the Court to reconsider its order denying Appellee's Motion to Supplement the Record. The video footage literally shows what happened here.

Genuinely, I am sorry to this Honorable Court if I have insulted this Court. It was never my intention to come across as dishonest, I simply am a zealous advocate.  I am excited to argue before this Honorable Court on April 28, 2026.

Respectfully submitted,

**LAW OFFICES OF GARRETT GIBBINS, PLLC**

<u>*/s/ Garrett Lee Gibbins*</u>
Garrett Lee Gibbins
Texas Bar Number: 24125243
South Carolina Bar Number: 105706
New Mexico Bar Number: 163276
Arizona Bar Number: 039804
Colorado Bar Number: 61100
Oklahoma Bar Number: 36371
Illinois Bar Number:  6351087
Tennessee Licensure 043721
Federal ID: 3864602
728 West Donovan Street
Houston, Texas 77091
Email: garrettgibbins4747@yahoo.com
Phone: 512-587-8572
***Counsel for Plaintiff - Appellee:***
***Trinidad Cutshall***

**CERTIFICATE OF SERVICE**

I certify that on April 17, 2026, pursuant to the FED. R. APP. P. 25, a true copy of Appellee's Brief was duly served upon each party to this cause as set forth below on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the parties.

*/s/ Garrett Lee Gibbins*
Garrett Lee Gibbins

Via E-File

**LAW OFFICES OF RICHARD KUNIANSKY**

Richard Kunianksy
State Bar No. 11762640
440 Louisiana, Suite 1440
Houston, Texas 77002
Telephone: (713) 622-8333
Email: rkuniansky@gmail.com
***Counsel for Defendants-Appellants
Donald Dillow, Nahuel Faiura,
Todd Klosterman, and N. Poirier***

**&**

**DAVID ADLER, P.C.**

David Adler
State Bar No. 00923150
1415 North Loop West
Suite 905
Houston, Texas 77008
Telephone: (713) 666-7576
Email: davidadler1@hotmail.com
***Counsel for Defendants-Appellants
C. Marshall, R.W. Holley,
D.R. Calhoun, M.A. Carrizales,
and P. Batton***